United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16207-amc
Derrick Clark                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John            Page 1 of 1            Date Rcvd: Oct 03, 2017
                            Form ID: pdf900       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db              +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13982404       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron Sales & Lease,    309 E Paces Ferry Rd NE,
                 Atlanta, GA 30305)
13982405        +Capital Bank,    1 Church St,    Rockville, MD 20850-4190
13982406        +Continental Finance Co,    CFC,    121 Continental Dr #108,    Newark, DE 19713-4326
13982409        +Eastern Account System,    75 Glen Rd, Ste 110,    Sandy Hook, CT 06482-1175
13982410        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13982411        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13982412        +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13982413        +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13982414        +Nannie Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13982416        +US Dept of Ed/ Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13988837        +US Dept of Education / MOHELA,    633 Spirit Drive,    Chesterfield MO 63005-1243
13982417        +Wfds/Wds,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13982407       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 04 2017 01:44:20
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13982415       +E-mail/Text: blegal@phfa.org Oct 04 2017 01:43:49     PA HOUSING FINANCE AGENCY-HEMAP,
                 211 NORTH FRONT STREET,    HARRISBURG, PA 17101-1406
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13982408*      +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              JOHN L. MCCLAIN    on behalf of Debtor Derrick  Clark aaamcclain@aol.com,
               edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
    Clark, Derrick

        Debtor           :   17-16207

### ORDER

AND NOW, to wit, this __3rd__ day of __October__, 2017, upon consideration of the foregoing Motion to Extend the Stay beyond the initial 30 day period under 11 U.S.C. Section 362 (c)(3)(b), filed by the Debtor's attorney IT IS HEREBY ORDERED and DECREED the the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

It is ordered that copies of this order be served by mail upon John L. Mc Clain, attorney for the debtor, the chapter 13 trustee.

BY THE COURT

_____
JUDGE   ASHELY M. CHAN

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Clark, Derrick
2057 Kent Road
Folcroft, PA 19032