# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 17-16207-AMC

      DERRICK  CLARK

      2057 KENT ROAD

      FOLCROFT, PA 19032

              Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

      **Debtor(s), at the address listed, by first class mail.**
          DERRICK  CLARK

          2057 KENT ROAD

          FOLCROFT, PA 19032

      **Counsel for debtor(s), by electronic notice only.**
          JOHN L. MCCLAIN
          JOHN L MCCLAIN AND ASSOCIATES
          PO BOX 123
          NARBERTH, PA 19072-

      **Counsel for the United States Trustee, by electronic notice only.**
          Office of the U.S. Trustee
          Eastern District of Pennsylvania
          833 Chestnut Street, Suite 500
          Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 11/6/2017

                                 _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee