# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-16207-AMC

DERRICK  CLARK

2057 KENT ROAD

FOLCROFT, PA 19032

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DERRICK  CLARK

    2057 KENT ROAD

    FOLCROFT, PA 19032

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                  /s/ William C. Miller

Date: 11/21/2017

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee