# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Clark, Derrick** | : Chapter 13 |
| | :     17-16207 |
| **Debtor** | : |

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on March 16, 2018.

                        "/s/"Mitchell J. Prince
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106