# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Clark, Derrick                      : Chapter 13

    Debtor                           : 17-16207

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on June 15, 2018.

                            "/s/"Mitchell J.Prince]
                             John L. McClain, Esquire
                             Mitchell J. Prince, Esquire
                             Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

PHFA
Loan Servicing Division
P.O. Box 15057
Harrisburg, PA 178105-5057
attn: Regine O. Klimek

U.S. Bank National Association
c/o Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Clark, Derrick
2057 Kent Road
Folcroft, PA 19032