**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Clark, Derrick
        Debtor : 17-16207

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
The Ritz-Carlton Hotel Co LLC
10400 Fernwood Road
Bethesda, MD 20817**

Re: **Clark, Derrick**
SSN: xxx-xx-9796

    The future earnings of the above named debtor Clark, Derrick, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$750.00 per month for 9 months (Started on 10/1/2017), then as of this July 1, 2018, the payment shall decrease to $250 per month for a period of 27 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$750.00 per month for 9 months (Started on 10/1/2017), then as of this July 1, 2018, the payment shall decrease to $250 per month for a period of 27 months to:**
    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:_____
                  JUDGE   ASHELY M. CHAN

**Date: June 18, 2018**

The Ritz-Carlton Hotel Co LLC
10400 Fernwood Road
Bethesda, MD 20817

Clark, Derrick

2057 Kent Road
Folcroft, PA 19032

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123