United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derrick Clark  
       Debtor  

Case No. 17-16207-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 18, 2018  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.  
db         +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
        +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 19 2018 02:17:46      Ritz Carlton Hotel Co LLC,  
          10400 Fernwood Road,    Bethesda, MD 20817-1102  
                                                                                                                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:  
       JOHN L. MCCLAIN    on behalf of Debtor Derrick  Clark aaamcclain@aol.com,  edpabankcourt@aol.com  
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)  
       bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)  
       bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Clark, Derrick
    Debtor : 17-16207

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**The Ritz-Carlton Hotel Co LLC**
**10400 Fernwood Road**
**Bethesda, MD 20817**

Re: **Clark, Derrick**
SSN: xxx-xx-9796

    The future earnings of the above named debtor Clark, Derrick, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$750.00 per month for 9 months (Started on 10/1/2017), then as of this July 1, 2018, the payment shall decrease to $250 per month for a period of 27 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$750.00 per month for 9 months (Started on 10/1/2017), then as of this July 1, 2018, the payment shall decrease to $250 per month for a period of 27 months to:**
    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:_____
    JUDGE  ASHELY M. CHAN

**Date: June 18, 2018**

The Ritz-Carlton Hotel Co LLC
10400 Fernwood Road
Bethesda, MD 20817

Clark, Derrick

2057 Kent Road
Folcroft, PA 19032

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123