**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Clark, Derrick | : Chapter 13 |
| Debtor | : 17-16207 |

## ORDER

**AND NOW**, this 17th day of July, 2018, it is hereby **ORDERED** that if Derrick Clark (the "Debtor") and U.S. Bank National Association c/o Pennsylvania Housing Finance Agency ("Mortgagee") elect to enter into the proposed trial loan modification
and thereafter into a permanent mortgage loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. § 362.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Clark, Derrick
2057 Kent Road
Folcroft, PA 19032

PHFA
Loan Servicing Division
P.O. Box 15057
Harrisburg, PA 178105-5057
attn: Regine O. Klimek

U.S. Bank National Association
c/o Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107