```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 17-16207-amc
Derrick Clark                                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2             Date Rcvd: Nov 08, 2018
                              Form ID: 160            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13982405       +Capital Bank,    1 Church St,    Rockville, MD 20850-4190
13982406      #+Continental Finance Co,    CFC,   121 Continental Dr #108,    Newark, DE 19713-4326
13982409      #+Eastern Account System,    75 Glen Rd, Ste 110,    Sandy Hook, CT 06482-1175
13982410       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13982411       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13982412       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13982413       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13982414       +Nannie Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13993894       +U.S. BANK NATIONAL ASSOCIATION,    FOR PENNSYLVANIA HOUSING FINANCE AGENCY,
                 c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13982416       +US Dept of Ed/ Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13988837       +US Dept of Education / MOHELA,    633 Spirit Drive,    Chesterfield MO 63005-1243
13982417       +Wfds/Wds,   PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13982407       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 09 2018 02:47:34      Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13982415       +E-mail/Text: blegal@phfa.org Nov 09 2018 02:47:02      PA HOUSING FINANCE AGENCY-HEMAP,
                 211 NORTH FRONT STREET,    HARRISBURG, PA 17101-1406
14015016       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2018 02:47:09      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
14050959       +E-mail/Text: blegal@phfa.org Nov 09 2018 02:47:02      U.S. Bank National Association,
                 c/o Pennsylvania Housing Finance Agency,     211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13982408*      +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13982404      ##+Aaron Sales & Lease,    309 E  Paces Ferry Rd NE,    Atlanta, GA 30305-2367
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN L. MCCLAIN    on behalf of Debtor Derrick  Clark aaamcclain@aol.com, edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: 160              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        TOTAL: 7

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Derrick Clark
    Debtor(s)

Case No: 17−16207−amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 1/29/19

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 11/8/18

For The Court

Timothy B. McGrath
Clerk of Court

61 − 57
Form 160