## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

    Clark, Derrick

: 17-16207

Debtor(s) :

**PRE-CONFIRMATION CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH
11 U.S.C. SECTIONS 1325(A)(6), 1325(A)(8) AND (a)(9)**

The above named debtor(s) upon my oath and according to law, hereby certify as follows in connection with the confirmation hearing scheduled on 11/21/17 in the above referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. section 1308.

4. If the scheduled confirmation hearing date is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of Debtor(s), counsel certifies that debtor(s) was/were duly questioned about this statement in this Certification and supplied answers consistent with this Certification.

Date: 10/30/2017

_____
Clark, Derrick