United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16207-amc
Derrick Clark                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Jul 23, 2019
                             Form ID: pdf900          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db            +Derrick Clark,    2057 Kent Road,    Folcroft, PA 19032-1613
13993894      +U.S. BANK NATIONAL ASSOCIATION,    FOR PENNSYLVANIA HOUSING FINANCE AGENCY,
               c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 24 2019 02:28:26      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 02:28:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13982415      +E-mail/Text: blegal@phfa.org Jul 24 2019 02:28:20      PA HOUSING FINANCE AGENCY-HEMAP,
               211 NORTH FRONT STREET,    HARRISBURG, PA 17101-1406
14050959      +E-mail/Text: blegal@phfa.org Jul 24 2019 02:28:21      U.S. Bank National Association,
               c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                         TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
           jgreenhowe@phfa.org
          JOHN L. MCCLAIN    on behalf of Plaintiff Derrick  Clark aaamcclain@aol.com,  edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Derrick  Clark aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Derrick Clark

                    Debtor(s)

CHAPTER 13

U.S. Bank National Association (Trustee for the
Pennsylvania Housing Finance Agency, pursuant to a
Trust Indenture dated as of April 1, 1982)

                    Movant

NO. 17-16207 AMC

      vs.

Derrick Clark

                    Debtor(s)

11 U.S.C. Sections 362 and 1301

William C. Miller Esq.

                    Trustee

## ORDER

AND NOW, this ___ day of _____, 2019 at Philadelphia, upon consideration of Movant's
Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *November 20, 2018* does
not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list