**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Clark, Derrick

      Debtor(s)                                        : 17-16207

      :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this _____ day of _____ 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing The Ritz-Carlton Hotel Co LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                  BY THE COURT
                  _____
                  JUDGE

                                  **Date: March 25, 2021**

The Ritz-Carlton Hotel Co LLC
10400 Fernwood Road
Bethesda, MD 20817

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Clark, Derrick
2057 Kent Road
Folcroft, PA 19032

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106