Certificate Number: 03088-PAE-DE-035621648

Bankruptcy Case Number: 17-16207



03088-PAE-DE-035621648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2021, at 12:48 o'clock PM CDT, Derrick A Clark completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 29, 2021          By:   /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor